**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                         Chapter 13

                                         Bankruptcy No. 19-15582-ELF

    JAMES L HAYES

    7662 BRENTWOOD ROAD

    PHILADELPHIA, PA 19151-

        Debtor

### **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JAMES L HAYES

    7662 BRENTWOOD ROAD

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 11/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee