UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JAMES L HAYES | Chapter 13 |
| Debtor | Bankruptcy No. 19-15582-ELF |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 3, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

Debtor:
JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-