United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-15582-elf
James L Hayes                                                   Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: pdf900         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
```
db            +James L Hayes,    7662 Brentwood Road,    Philadelphia, PA 19151-2021
14385257      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
14385258      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14385259      +KLM Law Group P.C.,    Suite 5000, BNY Independence Center,    701 Market St.,
                Philadelphia, PA 19106-1538
14385260      +PA HOUSING FINANCE CO.,    211 N. Front St..,    Harrisburg, PA 17101-1406
14385262      +Pennsylvania Dept Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
14393538      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14385255      +U..S. BANK NAT'L ASSOC,    211 NORTH FRONT ST,    P.O. BOX 15057,    Harrisburg, PA 17105-5057
14396602      +US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    C/O Rebecca A. Solarz, Esquire,
                KML Law Group, P.C.,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 04 2020 03:20:27     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 04 2020 03:20:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14385256       E-mail/Text: megan.harper@phila.gov Jun 04 2020 03:20:27     City of Philadelphia,
                Law Department - Tax Unit,    One parkway Bldg,    1515 Arach St., 15th Fl,
                Philadelphia, PA 19102-1595
14416554       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2020 03:20:14
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14385263       E-mail/Text: blegal@phfa.org Jun 04 2020 03:20:18     Pennsylvnaia Housing Finance Agency,
                US BANK NATIONAL ASSOCIATION),    P.O. BOX 15057,    Harrisburg, PA 17105-5057
14481060      +E-mail/Text: blegal@phfa.org Jun 04 2020 03:20:18
                US Bank National Association as Trustee, et al,    c/o Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
14385266      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 04 2020 03:19:58
                Verizon Pen,    500 Technology Dr,    Weldon Spring, MO 63304-2225
14385265      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 04 2020 03:19:59
                Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                Bloomington, IL 61702-3397
14451331      +E-mail/Text: megan.harper@phila.gov Jun 04 2020 03:20:26     Water Revenue Bureau,
                Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1613
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14385261         PECO
14385264         PHILA GAS WORKS
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2                 User: Lisa                    Page 2 of 2                   Date Rcvd: Jun 03, 2020
                                     Form ID: pdf900               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
          MICHAEL ADAM COHEN    on behalf of Debtor James L Hayes mcohen1@temple.edu
          REBECCA ANN SOLARZ    on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
          PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                                                                                       TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES L HAYES | Chapter 13 |
| Debtor | Bankruptcy No. 19-15582-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 3, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-