```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania

In re:                                                        Case No. 19-15582-elf
James L Hayes                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Lisa              Page 1 of 2              Date Rcvd: Aug 05, 2020
                             Form ID: pdf900         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +James L Hayes,    7662 Brentwood Road,    Philadelphia, PA 19151-2021
14385258       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14385257       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
14385259       +KLM Law Group P.C.,     Suite 5000, BNY Independence Center,    701 Market St.,
                 Philadelphia, PA 19106-1538
14385260       +PA HOUSING FINANCE CO.,     211 N. Front St..,   Harrisburg, PA 17101-1406
14385262       +Pennsylvania Dept Revenue,     PO Box 280432,    Harrisburg, PA 17128-0432
14393538       +Philadelphia Gas Works,     800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14385255       +U..S. BANK NAT'L ASSOC,     211 NORTH FRONT ST,    P.O. BOX 15057,   Harrisburg, PA 17105-5057
14396602       +US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,      C/O Rebecca A. Solarz, Esquire,
                 KML Law Group, P.C.,     701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 06 2020 04:47:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2020 04:47:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14451331        E-mail/Text: megan.harper@phila.gov Aug 06 2020 04:47:27      Water Revenue Bureau,
                 Pamela Elchert Thurmond,    Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
14385256        E-mail/Text: megan.harper@phila.gov Aug 06 2020 04:47:28      City of Philadelphia,
                 Law Department - Tax Unit,    One parkway Bldg,   1515 Arach St., 15th Fl,
                 Philadelphia, PA 19102-1595
14416554        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:47:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14385263        E-mail/Text: blegal@phfa.org Aug 06 2020 04:47:13      Pennsylvnaia Housing Finance Agency,
                 US BANK NATIONAL ASSOCIATION),    P.O. BOX  15057,   Harrisburg, PA 17105-5057
14481060       +E-mail/Text: blegal@phfa.org Aug 06 2020 04:47:13
                 US Bank National Association as Trustee, et al,    c/o Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14385266       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2020 04:46:46
                 Verizon Pen,    500 Technology Dr,   Weldon Spring, MO 63304-2225
14385265       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 06 2020 04:46:46
                 Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14385261       PECO
14385264       PHILA GAS WORKS
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: Lisa                   Page 2 of 2                   Date Rcvd: Aug 05, 2020
                                Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
        MICHAEL ADAM COHEN   on behalf of Debtor James L Hayes mcohen1@temple.edu
        REBECCA ANN SOLARZ    on behalf of Creditor   US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
         PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                      TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JAMES HAYES, | : | |
| Debtor | : | Bky. No. 19-15582 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **June 3, 2020 (Doc. #47 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: August 4, 2020**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE