# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
**JAMES L HAYES**

:  BANKRUPTCY NO. **19-15582 ELF**

Debtor (s)

## P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/17/2020 At 1:00 P.M. before the Hon. Eric L. Frank.

Respectfully submitted,

Date: October 27, 2020

/s/LeRoy Wm. Etheridge, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105