United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James L Hayes  
    Debtor(s)

Case No. 19-15582-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Oct 28, 2020      Form ID: 152      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L Hayes, 7662 Brentwood Road, Philadelphia, PA 19151-2021 |
| 14385258 | + | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14385257 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 5213, Carol Stream, IL 60197-5213 |
| 14385259 | + | KLM Law Group P.C., Suite 5000, BNY Independence Center, 701 Market St., Philadelphia, PA 19106-1541 |
| 14385260 | + | PA HOUSING FINANCE CO., 211 N. Front St.., Harrisburg, PA 17101-1406 |
| 14385262 | + | Pennsylvania Dept Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14393538 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14385255 | + | U..S. BANK NAT'L ASSOC, 211 NORTH FRONT ST, P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 14396602 | + | US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY, C/O Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2020 02:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14451331 | | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385256 | | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | City of Philadelphia, Law Department - Tax Unit, One parkway Bldg, 1515 Arach St., 15th Fl, Philadelphia, PA 19102-1595 |
| 14416554 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14385263 | | Email/Text: blegal@phfa.org | Oct 29 2020 02:41:00 | Pennsylvnaia Housing Finance Agency, US BANK NATIONAL ASSOCIATION), P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 14481060 | + | Email/Text: blegal@phfa.org | Oct 29 2020 02:41:00 | US Bank National Association as Trustee, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14385266 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 29 2020 02:41:00 | Verizon Pen, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14385265 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 29 2020 02:41:00 | Verizon Pen, Verizon Wireless Department/Attn: Bankru, Po Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14385261 | | PECO |
| 14385264 | | PHILA GAS WORKS |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL ADAM COHEN | on behalf of Debtor James L Hayes mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James L Hayes
    Debtor(s)

Case No: 19−15582−elf

Chapter: 13

___

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/17/20 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court