United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15582-elf |
| James L Hayes | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L Hayes, 7662 Brentwood Road, Philadelphia, PA 19151-2021 |
| 14385258 | + | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14385257 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 5213, Carol Stream, IL 60197-5213 |
| 14385259 | + | KLM Law Group P.C., Suite 5000, BNY Independence Center, 701 Market St., Philadelphia, PA 19106-1541 |
| 14385260 | + | PA HOUSING FINANCE CO., 211 N. Front St.., Harrisburg, PA 17101-1406 |
| 14385262 | + | Pennsylvania Dept Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14393538 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14385255 | + | U..S. BANK NAT'L ASSOC, 211 NORTH FRONT ST, P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 14396602 | + | US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY, C/O Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14451331 | | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385256 | | Email/Text: megan.harper@phila.gov | Dec 04 2020 05:07:00 | City of Philadelphia, Law Department - Tax Unit, One parkway Bldg, 1515 Arach St., 15th Fl, Philadelphia, PA 19102-1595 |
| 14416554 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2020 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14385263 | | Email/Text: blegal@phfa.org | Dec 04 2020 05:07:00 | Pennsylvnaia Housing Finance Agency, US BANK NATIONAL ASSOCIATION), P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 14481060 | + | Email/Text: blegal@phfa.org | Dec 04 2020 05:07:00 | US Bank National Association as Trustee, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14385266 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2020 05:06:00 | Verizon Pen, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14385265 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2020 05:06:00 | Verizon Pen, Verizon Wireless Department/Attn: Bankru, Po Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14385261 | | PECO |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 16

14385264      PHILA GAS WORKS

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

**Name**      **Email Address**

LEON P. HALLER
on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL ADAM COHEN
on behalf of Debtor James L Hayes mcohen1@temple.edu

REBECCA ANN SOLARZ
on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James L Hayes
      Debtor(s)                                 Chapter: 13

Bankruptcy No: 19−15582−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this December 1, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Eric L. Frank
                                            Judge ,
                                            United States Bankruptcy Court

71
Form 155