IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
JAMES L. HAYES
      Chapter 13
          Debtor                                CASE No 19-15582 ELF

## CERTIFICATE OF NO RESPONSE

I, Michael A. Cohen, Esquire, counsel for the Debtors, do hereby certify that, on December 29, 2020 service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtors, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date:  January 20, 2021                By:     /s/ Michael A. Cohen
                                                                     Michael A. Cohen, Esquire
                                                                     2113 Snyder Ave
                                                                     Philadelphia, PA 19145
                                                                     215-873-1159
                                                                     fax 267-519-3506
                                                                     PA Bar #93044