United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15582-elf |
| James L Hayes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L Hayes, 7662 Brentwood Road, Philadelphia, PA 19151-2021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021         Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name**             **Email Address**

LEON P. HALLER
               on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL ADAM COHEN
               on behalf of Debtor James L Hayes mcohen1@temple.edu

REBECCA ANN SOLARZ
               on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

United States Trustee
               USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
               on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 21, 2021 Form ID: pdf900 Total Noticed: 1

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JAMES L. HAYES
    Chapter 13
        Debtor                                CASE No 19-15582 ELF

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS **ORDERED** THAT:

1. The Fee Application is **GRANTED**; and

2. Compensation for professional service rendered in the amount of $3,100.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse from the funds being held the amount of **$2,000.00** directly to Michael A. Cohen, Esq., Counsel for Debtor to the extent provided for in the confirmed plan.

Date: 1/21/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**