# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 19-15582-ELF

JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

                                /S/ William C. Miller

Date: 5/17/2021
                                _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee