# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-15582-ELF

JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

Date: 9/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee