UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>James L. Hayes<br><br>Debtor(s) | Chapter 13<br><br>Case No 19-15582-ELF |

## ENTRY/WITHDRAWAL OF APPEARANCE

TO THE COURT:

As of the date listed below, please enter my appearance as Counsel for the Debtor(s) in the above-captioned matter.

Dated: 3/30/22

Brad J. Sadek, Esq
Sadek and Cooper Law Offices
1315 Walnut Street. #502
Philadelphia, PA 19107
215-545-0008

As of the date listed below, please withdrawal my appearance as Counsel for the Debtor(s) in the above-captioned matter.

Dated: 3/28/22

Michael A. Cohen, Esq.
2113 Snyder Ave.
Philadelphia, PA 19145
215-873-1159